TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00519-CV

Dannie Clay Mitchell, Appellant

v.

Kent Howell Keith, Shawn Wesley Keith and Matthew Ray Keith, Appellees

FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY

NO. 7207, HONORABLE ROBERT T. PFEUFFER, JUDGE PRESIDING

PER CURIAM

 Appellant Dannie Clay Mitchell has filed a motion to dismiss appeal with prejudice. The
motion is granted. Tex. R. App. P. 59(a)(1)(B). Appellant's second motion for extension of time to file
brief is submitted and dismissed.

 The appeal is dismissed.

Before Justices Powers, Jones and Kidd

Dismissed on Appellant's Motion

Filed: May 15, 1997

Do Not Publish